JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 11-4328 PA (PLAx) | Date | June 1, 2011 |
|---|---|---|---|
| Title | Advanced Janitorial Services v. Consulate General of Mexico, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     IN CHAMBERS — COURT ORDER

On May 20, 2011, the Court issued an order provisionally remanding this action to Los Angeles Superior Court due to a procedural defect in the Notice of Removal. The Court stayed the order until May 27, 2011 to provide plaintiff with an opportunity to object to the remand and waive the procedural defect. Specifically, plaintiff was directed to inform the Court in writing by May 27, 2011, if it objected to the remand. To date, despite the passage of the deadline set by the Court, plaintiff has not waived the procedural defect. Accordingly, for the reasons stated in the May 20, 2011 order, this action is remanded to Los Angeles Superior Court, Case No. BC 271106.

IT IS SO ORDERED.